Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

_____ Division

FILED BY _____ D.C.

APR 0 4 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

the United States
Juliet ARTHUR,
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Circuit Court of the 11th Judicial Circuit
Judge Tanya Brinkley
United States Attorney
Miami Gardens Police Department
US Attorney  *Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

    A.  **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if
        needed.

| | |
|---|---|
| Name | Juliet ARTHUR ; the United States |
| Street Address | P.O. Box 551773  Washington |
| City and County | Miami Gardens, Dade  DC |
| State and Zip Code | FL. 33055 |
| Telephone Number | 305-86918-4723 |
| E-mail Address | AJuliet313@gmail.com |

    B.  **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an
        individual, a government agency, an organization, or a corporation. For an individual defendant,
        include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name    *Circuit Court of the 11ᵗʰ Judicial Circuit*

Job or Title *(if known)*

Street Address    *1361 NW 12 St.*

City and County    *Miami, Dade County*

State and Zip Code    *FL.*

Telephone Number    *(305) 275-1155*

E-mail Address *(if known)*

**Defendant No. 2**

Name    *Tanya Brinkley*

Job or Title *(if known)*    *"Judge"*

Street Address    *1361 NW 12 St.*

City and County    *Miami Dade County*

State and Zip Code    *FL.*

Telephone Number    *(305) 548-5463*

E-mail Address *(if known)*

**Defendant No. 3**

Name    *Board of County Commissioners*

Job or Title *(if known)*    *Miami Dade County*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name    *United States Attorney*

Job or Title *(if known)*    *(Joshua) J. Paikowsky*

Street Address    *1361 NW 12 St.*

City and County    *Miami Dade County*

State and Zip Code

Telephone Number    *(305) 547-3367, 547-0305*

E-mail Address *(if known)*    ↓
*Secretary*
*P. Bull*

*US Attorney*
*Miami Gardens Police Department*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question            ☐ Diversity of citizenship *Fundamental*

*treason. Overthrowing laws of the U.S. —*
*Garrison Sham*
*tribunal paid*
*with legal tender*
*Act.*

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Milligan treason trials.*
*Persistent Corruption while in State Office*
*with Federal note being used as legal tender*
*to pay for their Corrupt practices*

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Quo Warranto Action.
Defendants of the Circuit Court are entitled to a
fair and just tribunal. Cases are corrupt.
The United States Constitution should be observed
in Garrison States.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Trial of Defendants for treason.
investigation & retrial of all Cases of the Circuit,
or dismissal. Case F211 7778 in particular.
All fees, & cost involved in litigating the Circuit
Corrupt Cases are being demanded. including
incidental and Consequential damages,
& Treble damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff     _____

Printed Name of Plaintiff  _____

### B.     For Attorneys

Date of signing:     _4/4/2022_

Signature of Attorney     _J. Arthur_

Printed Name of Attorney  _Juliet ARTHUR_

Bar Number               _930199_   _admitted by Fl. Supreme Court_

Name of Law Firm         _Same_   _4/30/1992. no disbarrment_

Street Address           _P.O. Box 551773_   _proceeding in State_

State and Zip Code        _Miami Gardens_   _that recognizes illegal_

Telephone Number          _FL. 33055_   _aliens (violating Federal_

E-mail Address            _786-918-4723_   _Law) as lawyers, Judges,_

_ajuliet313@gmail.com + elected officials in Office Requiring the public (informed, educated, Loyal) + Trust_

United States District Court for the
Southern District of Florida

the United States,
Juliet Arthur,
            Plaintiff.

v.

Circuit Court of MiamiDade
Florida,            WRIT OF QUO WARRANTO & REMOVAL
etal.

        Plaintiff file this Writ of Quo Warranto
against the Judges of the Circuit Court
in and for Dade County FLORIDA.

1. That the Circuit Judges are out of order (FN)

2. The Judges are operating a Kangaroo
   Tribunals

3. Defendants, in particular — my son —
   lacks adequate Representation.

4- The Judicial Qualification Commission
   and the Florida Bar have Refused
   to stop and discipline the Judges
   and attorneys carrying on Mock
   trials where the liberty rights of
   defendants are being threatened.

5- The so called "Jew" Cult is aiding
   & abetting defendants rights
   in particular state prosecuting (Messenger)
   Attorneys "J. Pai K ows K y."

6- that the Judges and attorneys
   be tried as Treasons of the United
   States.

7- that the actions of these judges against defendants be thrown out

8- that the court personnel be brought before a military court and/or the United States Supreme Court. And the criminal in sect be deported to Israel and all reparation action by them be dropped and money returned — they have unclean hands. Are criminals!

9- that the "jew" US attorney is incompetent to represent the United States, due to bias and membership in a criminal cult, and would not stop the operation of treason behavior

Juliet Arthur, Esq.
P.O. Box 551773
Miami, FL 33055
Fl. Bar 930199
786-918-4723

CC: United States Supreme Court
the Florida Bar, Public Interest Section

Eg., the Criminal Division Case #F2117778
FNI— Are trying homeowners Insurance damages Contract Claim (FEMA) before it is processed and litigated by the insurance (FEMA) company, who is not a party.